IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EVERETT KNIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPUTY MALINO, ) <br> ) <br> Defendant. ) <br> ) | No. C 11-1970 RMW (PR) <br> ORDER OF DISMISSAL |

On August 18, 2011, the court granted plaintiff's motion for leave to proceed in forma pauperis, and issued an order of partial dismissal and service of plaintiff's federal civil rights complaint. On August 30, 3011, those orders, sent to the plaintiff through the mail by the court, was returned to the clerk of the court with a notation that it was undeliverable because plaintiff was no longer in custody. As of the date of this order, plaintiff has not updated his address with the court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the

Order of Dismissal
P:\pro-se\sj.rmw\cr.11\Knight970dis311

pro se party indicating a current address. See Civil L.R. 3-11(b). More than sixty days have passed since the mail sent to plaintiff by the court was returned as undeliverable. The court has not received any notice from plaintiff updating his address. Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

    The clerk of the court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

Dated: _____

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.11\Knight970dis311      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. KNIGHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEVE FREITAS et al,<br><br>　　　　　Defendant.　　　　　　　　／ | Case Number: CV11-01970 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Everett Knight Booking #100472
Sonoma County Jail
2777 Ventura Avenue
Santa Rosa, CA 95403

Dated: March 6, 2012

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk