**E-FILED on 3/6/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS EVERETT KNIGHT,

    Plaintiff,

v.

DEPUTY MALINO,

    Defendant.

No. C 11-1970 RMW (PR)

JUDGMENT

The court has dismissed the instant action without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

Dated: 3/6/12

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.11\Knight970jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. KNIGHT,

        Plaintiff,

  v.

STEVE FREITAS et al,

        Defendant.

Case Number: CV11-01970 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Everett Knight Booking #100472
Sonoma County Jail
2777 Ventura Avenue
Santa Rosa, CA 95403

Dated: March 6, 2012

                                Richard W. Wieking, Clerk
                                By: Jackie Lynn Garcia, Deputy Clerk